IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KELLY ANN DAVIS, also known as KELLY ANN FREITAS,<br><br>    Plaintiff,<br><br>  vs.<br><br>LAHAINA CRUISE COMPANY, INC.; MAUI MARINE LEASING INC.; MAUI PRINCESS, USCG DOC. NO. 607239,<br><br>    Defendants.<br>_____ | CV 16-00131 ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 05, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss This Action," Dkt. No. 42, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 28, 2016.



_____
Alan C. Kay
Sr. United States District Judge